**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed September 3, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00589-CV

## IN RE PANYA LERDTHAISONG AND SG CATTLE SERVICES CO. LTD., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-70875**

## MEMORANDUM OPINION

On August 26, 2020, relators Panya Lerdthaisong and SG Cattle Services Co. Ltd. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable R. K. Sandill, presiding judge of the 127th District Court of Harris County, to vacate his: (1) June 14, 2020 order denying relators' motion to

dismiss based on a and forum selection clause, and (2) August 2, 2020 order denying relators' motion to reconsider.

We dismiss relator's petition without prejudice to refiling because relators' petition and appendix do not show that relators have complied with the requirements of the following Texas Rules of Appellate Procedure: (1) Rule 52.7(a) (relator must file with the petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"), (2) Rule 52.7(b) (relator must file with the petition "a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained"), and (3) Rule 52.3(k) (the appendix must contain a certified or sworn copy of any order complained of).

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.

2